IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES D. YOUNG and**                                                                     **PLAINTIFFS**
**ANGELA YOUNG**

v.                                           NO. 4:03-CV-00856 GTE

**OCWEN FEDERAL BANK, et al.**                                               **DEFENDANTS**

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is Plaintiffs' Motion for Reconsideration, or Alternatively, Notice of Appeal to the Federal Circuit (Docket No. 13). This Court previously dismissed Plaintiffs' Complaint, on res judicata grounds, finding that the Plaintiffs were barred from pursuing a second time in this forum the same claims they litigated or had the opportunity to litigate before The Honorable George Howard, Jr., in the case of *Young et al. v. U.S. Dept. of Housing and Urban Dev., et al.*, Case No. 4:00-CV-00079 GH. Plaintiff appealed to the Eighth Circuit Court of Appeals Judge Howard's grant of summary judgment to the United States Department of Housing & Urban Development, Wilson & Associates, LLC, and Robert M. Wilson, Jr. as well as his dismissal, following a bench trial, of Ocwen Federal Bank. On December 15, 2003, the Eighth Circuit affirmed all of Judge Howard's rulings. On May 23, 2005, Judge Howard, denied a request by Charles Young, communicated in a letter dated May 20, 2005, to reopen or to reconsider its prior Order dismissing the case. Plaintiff filed the same letter with this Court.

The Court declines to reinstate or reopen this action. Plaintiff has failed to provide good cause for doing so. It appears that Plaintiff Charles Young's claims have been fully litigated and

- 1 -

resolved against him, but he continues to attempt to find a new forum in which to attempt to relitigate claims that have already been resolved against him.

IT IS THEREFORE ORDERED THAT Plaintiffs' Motion for Reconsideration (Docket No. 13) be, and it is hereby, DENIED. To the extent that Plaintiff Charles Young's letter filed with the Court on May 20, 2005 (Docket No. 14) has been construed as a motion, said motion is also DENIED.

IT IS SO ORDERED this 26th day of July, 2005.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE